MARC J. DAYS, SBN 184098
In Pro Per
445 Bellevue, Second Floor
Oakland, California 94610-4924
Telephone:  (510) 451-0104
Facsimile:  (510) 451-5056

BENJAMIN J. HOLL, SBN 200630
In Pro Per
400 45th Street
Oakland, CA 94609
Telephone:  (415) 819-1930
Facsimile:  (510) 601-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC DAYS and BENJAMIN HOLL            )   Case No.: C 04-4850 CRB
                                        )
            Plaintiffs,                 )   **NOTICE OF VOLUNTARY DISMISSAL OF
                                        )   DEFENDANT CHICAGO D&P, INC.**
     vs.                                )
                                        )
LARRY BISHOP, PATRICIA MORGEN, NIKA     )
GIBSON DOBBINS, SHALOM GIBSON, MIKE     )   **BY FAX**
WARE, PHLECIA RICE, CHICAGO D&P, INC.,  )
AND DOES 1-500                          )
                                        )
            Defendants                  )

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily dismiss
Chicago D&P, Inc. from the above captioned action.

IT IS SO ORDERED

Dated: November 1, 2005                                    /s/ Marc Days
                                                           Marc Days
                                                           In Pro Per
              CHARLES R. BREYER
              UNITED STATES DISTRICT JUDGE
              Nov. 03, 2005
Dated: November 1, 2005        DATE
                                                           Benjamin J. Holl
                                                           In Pro Per

Notice of Voluntary Dismissal
Case # C 04-4850 CRB