United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARC DAYS and BENJAMIN HOLL,

    Plaintiffs,

  v.

LARRY BISHOP, et al.,

    Defendants.

No. C 04-04850 CRB

**ORDER SETTING ASIDE DEFAULT AND GRANTING DEFENDANTS' RULE 56(f) REQUEST**

Now pending before the Court is plaintiffs' Motion for Summary Adjudication as to defendant Larry Bishop and Bishop's request for a continuance of plaintiffs' motion pursuant to Rule 56(f) of the Federal Rules of Civil Procedure. In light of plaintiffs' motion, the Court hereby sets aside the entry of default against Bishop. Furthermore, the Court hereby GRANTS defendants' request for a continuance. The parties may have 90 days to conduct any necessary discovery. The hearing on plaintiffs' Motion is hereby continued until July 21, 2006. The parties may submit new briefs in accordance with the Local Rules.

    **IT IS SO ORDERED.**

Dated: March 21, 2006

                                                  CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\4850\order granting continuance.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28