IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARC DAYS and BENJAMIN HOLL,　　　　　No. C 04-04850 CRB

　　　　Plaintiffs,　　　　　　　　　　　　　　　**ORDER**

　　v.

LARRY BISHOP, et al.,

　　　　Defendants.
_____/

　　　　Now pending before the Court is plaintiffs' Motion for Summary Adjudication against defendant Larry Bishop. Plaintiffs' Reply Brief concentrates almost exclusively on argument pursuant to California Civil Code section 3439 in support of their claim under California's Unfair Competition Law. This statute, however, was not even mentioned in plaintiffs' initial Memorandum in support of their Motion, thereby depriving defendant of an opportunity to respond appropriately. Accordingly, the Court hereby ORDERS defendant to address plaintiffs' Reply in a Sur-Reply of no more than 10 pages by Monday, July 24. Argument scheduled for July 21 is vacated and rescheduled for Friday, August 4, at 10:00 a.m.

　　　　**IT IS SO ORDERED.**

Dated: July 17, 2006　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\4850\order re surreply.wpd