MARC J. DAYS, SBN 184098
In Pro Per
445 Bellevue, Second Floor
Oakland, California 94610-4924
Telephone:    (510) 451-0104
Facsimile:    (510) 451-5056

BENJAMIN J. HOLL, SBN 200630
In Pro Per
400 45th Street
Oakland, CA 94609
Telephone:    (415) 819-1930
Facsimile:    (510) 601-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC DAYS and BENJAMIN HOLL<br><br>Plaintiffs,<br><br>vs.<br><br>LARRY BISHOP, PATRICIA MORGEN, NIKA GIBSON DOBBINS, SHALOM GIBSON, MIKE WARE, PHLECIA RICE, CHICAGO D&P, INC., AND DOES 1-500<br><br>Defendants | Case No.:  C 04-4850 CRB<br><br>**STIPULATION TO ALTER OR AMEND ORDER**<br><br>Civil L.R. 7-12 |

WHEREAS, on October 22, 2007, the Court ordered dismissal of this action pursuant to FRCP, Rule 41(b) (the "Order");

WHEREAS, on November 8, 2007, Plaintiffs' filed a Motion to Alter, or Alternative, For Relief from Order (the "Motion");

WHEREAS, the Motion is set for hearing on January 11, 2007; and,

WHEREAS, the parties desire to avoid the hearing on the Motion, and to instead stipulate to the Court altering or amending its Order, and enter an order of dismissal pursuant to FRCP, Rule 41(a)(2).

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the Court alter or amend the Order, and enter an order of dismissal pursuant to FRCP, Rule 41(a)(2).

Dated: December 6, 2007

/s/ Marc Days
Marc Days
In Pro Per

Dated: December 6, 2007

/s/ Benjamin J. Holl
Benjamin J. Holl
In Pro Per

Dated: December 6, 2007

/s/ Alexander Volchegursky
Alexander Volchegursky
Attorney for Defendant
Larry Bishop

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the Court's order of dismissal of this action pursuant to FRCP, Rule 41(b), dated October 22, 2007, is hereby amended so that the order of dismissal of this action is instead pursuant to FRCP 41(a)(2).

SO ORDERED.

Dated: December 12, 2007

United States

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation to Alter or Amend Order
Case # C 04-4850 CRB